ACCEPTED
04-15-00362-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
6/24/2015 3:27:59 PM
KEITH HOTTLE
CLERK

# ANTONIO PEDRAZA, JR.

## ATTORNEYS AT LAW

TELEPHONE
(210) 979-6676

3519 PAESANOS PARKWAY, SUITE 105
SAN ANTONIO, TEXAS 78231

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
TELECOPIER
(210) 366-0478

6/24/2015 3:27:59 PM

KEITH E. HOTTLE
Clerk

June 22, 2015

**VIA FAX:  (210) 335-2762**
Fourth Court of Appeals District
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas  78205

>        RE:    Court of Appeals Number:    04-15-00362-CV
>               Trial Court Case Number:    2015-CV-1978
>               Style:  Javan P. Smith
>                       v.
>               DC Civil Construction, L.L.C., a Texas Limited

Dear Sir/Madam:

        This is to inform you that this office does not represent DC Civil Construction, LLC any longer.  The lead attorney of record is:

>        Mr. Robert N. Ray
>        Attorney and Counselor
>        7272 Wurzbach Road, Suite 1401
>        San Antonio, Texas  78240
>        Tel:  (210) 733-4399
>        Fax:  (210) 733-9810
>
>        Email: robertnray@sbcglobal.net

        Should you need additional information regarding the above, please do not hesitate to contact this office.

                        Very truly yours,

                        ANTONIO PEDRAZA, JR.
                        Attorney at Law

APjr/sh
Cc:   Mr. Robert N. Ray
      **Via Fax: (210) 733-9810**